PROB 12C
(7/93)

Report Date: April 20, 2015

## United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Anthony Ray Escobar          Case Number: 0980 2:11CR00017-001

Address of Offender: ███████████████, Kennewick, WA 99337

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: February 26, 2003

Original Offense:       Narcotics, 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)

Original Sentence:      Prison 121 months; TSR - 60 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Shawn N. Anderson          Date Supervision Commenced: January 21, 2011

Defense Attorney:       Alex B. Hernandez, III          Date Supervision Expires: January 20, 2016

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Anthony Escobar is considered to be in violation of his period of supervised release by committing the offense of simple assault on or prior to November 12, 2014.

According to reports provided by the Richland Police Department, officers were dispatched to an altercation which had taken place between the defendant and his step father. Officers detained the defendant and booked him into the Benton County Jail under case number 4Z1023645.

The defendant is next scheduled to appear in Benton County District Court on May 20, 2015.

Prob12C
**Re: Escobar, Anthony Ray**
**April 20, 2015**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 14**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Anthony Escobar is considered to be in violation of his period of supervised release by committing the offense of assault in the fourth degree on or prior to January 15, 2015.

According to reports provided by the Benton County Sheriffs Department, jail staff were summonsed to a holding cell where the defendant and several others were being held prior to going to court. Jail staff were advised that the defendant and another inmate were involved in an altercation. It was later determined the defendant was the aggressor and had started the fight.

The defendant's next pretrial hearing on this matter is scheduled for April 22, 2015.

3     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Anthony Escobar is considered to be in violation of his period of supervised release by committing three counts of simple assault on or prior to April 17, 2015.

According to reports provided by the Pasco Police Department, officers were summonsed to a restaurant regarding an altercation. Officers determined that two females were exposing themselves to the defendant at the restaurant and they were asked to leave. The two females assaulted the individual who asked them to leave. When a third party male attempted to separate the group, the defendant struck the third party and kicked the third-party while he was on the ground. Several witnesses confirmed the account and the defendant was arrested on three counts of simple assault under case number 5Z0518780 and transported to the Franklin County Jail.

The defendant is scheduled to appear for an initial arraignment on April 28, 2015.

4     **Standard Condition 9:** The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

**Supporting Evidence**: Anthony Escobar is considered to be in violation of his period of supervised release by associating with Marcie Berg, a convicted felon, on or prior to April 17, 2015.

As noted above, the defendant was arrested on April 17, 2015, with two females at a restaurant in Pasco. The defendant admitted to this officer he was with the two females and that he had known them for years. A criminal history check was run on both females and it was determined that Marcie Berg has eight prior felony convictions between 1991 and 2010.

Prob12C
**Re: Escobar, Anthony Ray**
**April 20, 2015**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/20/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

April 20, 2015
Date