PROB 12C
(6/16)

Report Date: December 19, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Escobar    Case Number: 0980 2:11CR00017-RMP-1

Address of Offender:       Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Ann D. Montgomery, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 26, 2003

| | | |
|---|---|---|
| Original Offense: | Narcotics, 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 121 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: June 24, 2015 | Prison - 8 months; TSR - 42 months | |
| Revocation Sentence: September 28, 2017 | Prison - 7 months; TSR - 35 months | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: March 20, 2018 |
| Defense Attorney: | Daniel N. Rubin | Date Supervision Expires: February 19, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/30/2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

    7        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for random urinalysis testing on or prior to December 17, 2018.

On March 22, 2018, the offender signed his Judgement in a Criminal Case stating he understood he was required to attend random urinalysis testing.

On October 4, 2018, the offender signed the Treatment Services Contract Program Plan noting he understood he needed to call Merit Resource Services on a daily basis and report for random urinalysis testing when the color Brown was noted.

On December 17, 2018, the color Brown was called and the offender failed to report for random urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/19/18

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/19/2018

Date