PROB 12C
(6/16)

Report Date: February 28, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Escobar     Case Number: 0980 2:11CR00017-RMP-1

Address of Offender:     , Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Ann D. Montgomery, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 26, 2003

Original Offense: Narcotics, 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)

Original Sentence: Prison - 121 months; TSR - 60 months     Type of Supervision: Supervised Release

Revocation Sentence:
June 24, 2015
Prison - 8 months; TSR - 42 months

Revocation Sentence:
September 28, 2017
Prison - 7 months; TSR - 35 months

Asst. U.S. Attorney: George J. C. Jacobs, III     Date Supervision Commenced: March 20, 2018

Defense Attorney: John Stephen Roberts, Jr.     Date Supervision Expires: February 19, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/30/2018, 12/19/2018 and 1/9/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to February 20, 2019. |

On March 22, 2018, the offender signed his Judgement in a Criminal Case stating he understood he was not to use illegal controlled substances.

On October 4, 2018, the offender signed the Treatment Services Contract Program Plan noting he understood he needed to call Merit Resource Services on a daily basis and report for random urinalysis testing when the color Brown was noted.

On February 20, 2019, the color Brown was called and the offender reported for testing. The sample returned presumptive positive for methamphetamine and was forwarded to Alere for confirmation.

On February 28, 2019, Alere noted they had preformed an initial positive screening on the sample and the full confirmation would be completed by March 4, 2019.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/28/2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[x] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

2/28/2019

Date