PROB 12C
(6/16)

Report Date: July 12, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Escobar         Case Number: 0980 2:11CR00017-RMP-1

Address of Offender:                          Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Ann D. Montgomery, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 26, 2003

| | | |
|---|---|---|
| Original Offense: | Narcotics, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 121 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 24, 2015) | Prison - 8 months;<br>TSR - 42 months | |
| Revocation Sentence:<br>(September 28, 2017) | Prison - 7 months;<br>TSR - 35 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 20, 2018 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: February 19, 2021 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/30/2018, 12/19/2018, 01/09/2019, 02/28/2019, and 06/14/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Escobar, Anthony Ray**
**July 12, 2019**
**Page 2**

**Supporting Evidence**: The offender is considered to be in violation of his term of supervised release by being removed from inpatient chemical dependency treatment at Sundown M Ranch on or prior to June 27, 2019.

On March 22, 2018, the offender signed his judgment in a criminal case stating he understood he was to undergo a chemical dependency treatment assessment and successfully complete inpatient treatment as assessed.

On June 6, 2019, the offender was admitted to Sundown M Ranch after being assessed as being in need of inpatient chemical dependency treatment. According to the discharge summary from Sundown M Ranch received on July 10, 2019, the offender was removed from treatment as he was found to be "unable/unwilling to engage in treatment functions." The discharge summary also noted, under the header of "Dimension Three," "Anthony arrived defensive and was unable to listen to feedback on how he presents himself and what others see. He made minimal to no changes and continued to argue and debate what he thinks is right. He was given a disciplinary discharge due to continually breaking the rules. He needs to reenter and complete and inpatient treatment program and seek Oxford housing for at least a year to learn how to listen to others and make self-changes." Under the header of "Dimension Four" it was noted, "Anthony arrived with a "know it all" attitude and balked at getting his work done. He was defensive to feedback and continued to tell others what he knows. He was educated on his substance use disorder but did not gain acceptance because his need to be right is in the way."  The offender was removed from treatment on June 27, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Escobar, Anthony Ray**
**July 12, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

7/12/2019
_____
Date