Report Date: January 9, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Ray Escobar | Case Number: 0980 2:11CR00017-RMP-1 |

Address of Offender:                               , Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 26, 2003

| | | |
|---|---|---|
| Original Offense: | Narcotics, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 121 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 25, 2015) | Prison - 8 months;<br>TSR - 42 months | |
| Revocation Sentence:<br>(September 28, 2017) | Prison - 7 months;<br>TSR - 35 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: March 20, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 19, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018, 12/19/2018, 01/09/2019, 02/28/2019, 06/14/2019, and 7/12/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Antony Escobar violated special condition number 4 by consuming a controlled substance, methamphetamine, on or prior to November 15, 2019. |
| | On November 15, 2019, Mr. Escobar submitted to a urine test at Pioneer Human Services. At that time, Mr. Escobar denied consuming a controlled substance and the sample was sent to Alere for confirmation. On November 23, 2019, the sample was returned as positive for amphetamine and methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/09/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/9/2020

Date