PROB 12C
(6/16)

Report Date: January 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Escobar         Case Number: 0980 2:11CR00017-RMP-1

Address of Offender:                          Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 26, 2003

Original Offense:         Narcotics, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)

Original Sentence:        Prison - 121 months;          Type of Supervision: Supervised Release
                          TSR - 60 months

Revocation Sentence:      Prison - 8 months;
(June 25, 2015)           TSR - 42 months

Revocation Sentence:      Prison - 7 months;
(September 28, 2017)      TSR - 35 months

Asst. U.S. Attorney:      George J. C. Jacobs, III      Date Supervision Commenced: March 20, 2018

Defense Attorney:         J. Houston Goddard            Date Supervision Expires: February 19, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018, 12/19/2018, 1/09/2019, 2/28/2019, 6/14/2019, 7/12/2019, and 1/9/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

16          **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Antony Escobar violated special condition number 4 by consuming a controlled substance, methamphetamine, on or prior to November 15, 2019.

On January 3, 2020, Mr. Escobar submitted to a urine test at Pioneer Human Services. At that time, Mr. Escobar denied consuming a controlled substance and the sample was sent to Alere for confirmation. On January 13, 2020, the sample was returned as positive for amphetamine and methamphetamine.

On March 22, 2018, Anthony Escobar signed his judgment for case number 2:11CR00017-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Escobar was made aware by his U.S. probation officer that he must not use illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/13/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

1/13/2020
Date