PROB 12C  
(6/16)

Report Date: February 20, 2020

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

**Feb 24, 2020**

Eastern District of Washington

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Anthony Ray Escobar | | Case Number: 0980 2:11CR00017-RMP-1 |
| Address of Offender: | Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 24, 2003

| | | |
|---|---|---|
| Original Offense: | Narcotics, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 121 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 24, 2015) | Prison - 8 months<br>TSR - 42 months | |
| Revocation Sentence:<br>(September 28, 2017) | Prison - 7 months<br>TSR - 35 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: March 20, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: February 19, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018, 12/19/2018, 1/09/2019, 2/28/2019, 6/14/2019, 7/12/2019, 1/9/2020, and 1/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Antony Escobar violated special condition number 4 by consuming a controlled substance, methamphetamine, on or prior to February 12, 2020. |
| | On February 12, 2020, Mr. Escobar submitted to a urine test at his listed residence at the request of the undersigned officer. The sample tested positive for methamphetamine. At that time, Mr. Escobar admitted to consuming a controlled substance, methamphetamine. |

Prob12C
Re: Escobar, Anthony Ray
February 20, 2020
Page 2

On March 22, 2018, Anthony Escobar signed his judgment for case number 2:11CR00017-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Escobar was made aware by his U.S. probation officer that he must not use illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/20/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/24/2020
Date